IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3126 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| JAVIER GARCIA-HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

Upon review of the defendant's motion to suppress,

IT IS ORDERED:

1) On or before March 4, 2011, the defendant shall file an index of evidence in support of defendant's motion to suppress, (filing no. 20). The index shall include a copy of the warrant application, warrant and warrant return at issue.

2) The government's response to defendant's motion to suppress shall be filed on or before March 14, 2011.

DATED this 28th day of February, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge