IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:10CR3126 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JAVIER GARCIA-HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the defendant's motion in limine (filing 18) and motion for disclosure of intent to use prior conduct and uncharged acts (filing 19) shall be held in abeyance and not considered until the first day of trial, during the conference which will be held immediately prior to trial, unless a party shall show cause, within 5 days of this order, why such deferral would be inappropriate.

    April 14, 2011.                          BY THE COURT:

                                                     *Richard G. Kopf*
                                                     United States District Judge