IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:10CR3126 |
| | ) | |
| Plaintiff, | ) | **MEMORANDUM** |
| v. | ) | **AND ORDER** |
| | ) | |
| JAVIER GARCIA-HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the findings and recommendation made by Magistrate Judge Zwart (filing 25), and on the defendant's statement of objections (filing 26). The magistrate judge recommends that the defendant's motion to suppress (filing 20) be denied in all respects.

I have conducted a de novo review of the record. I find that inasmuch as the magistrate judge has fully, carefully, and correctly found the facts and applied the law, the findings and recommendation should be adopted, the statement of objections should be denied, and the motion to suppress should be denied in all respects.

IT IS ORDERED that:

1. the magistrate judge's findings and recommendation (filing 25) are adopted;

2. the defendant's statement of objections (filing 26) is denied; and

3. the defendant's motion to suppress (filing 20) is denied in all respects.

April 14, 2011.                                    BY THE COURT:

                                                   *Richard G. Kopf*
                                                   United States District Judge