IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JAVIER GARCIA-HERNANDEZ, )<br>)<br>Defendant. ) | Case No. 4:10CR3126<br><br>ORDER TO WITHDRAW<br>EXHIBITS |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for defendant is ordered to withdraw the following exhibits previously submitted in this jury trial within 14 calendar days of the date of this order:

Defendants' Exhibit Nos. 101, 102 and 103

If counsel fails to withdraw these exhibits as ordered, counsel will be ordered to show cause why sanctions should not be imposed.

IT IS SO ORDERED.

DATED this 27th day of June, 2011.

*Richard G. Kopf*
United States District Judge

proc\Exhibits\Form-Order to Withdraw Appeal Time Pending.wpd
Approved 02/15/07