IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:10CR3126 |
| V. | ) | |
| JAVIER GARCIA-HERNANDEZ, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion for a new trial (filing 73) is denied.

DATED this 1st day of July, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge