IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3126 |
| | ) | |
| v. | ) | |
| | ) | |
| JAVIER GARCIA-HERNANDEZ, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant has submitted a letter to the Clerk as a part of his ongoing attempt to gather "jury wheel" information. I treat that letter as a motion. I also note that an intern for the lawyer who previously represented the defendant has been previously given access to the jury wheel information.

It is unclear exactly what the defendant wants. After consultation with the jury coordinator, I propose to direct the Clerk to provide the defendant with the following documents after certain information has been redacted (such as addresses, telephone numbers, and e-mail identifiers) *provided* that the defendant has first paid the Clerk the sum of $240. That is:

| | Document | Page Count |
|---|---|---|
| 1 | Plan for Random Jury Selection | 6 |
| 2 | Public Notice of Drawing Names of Prospective Jurors | 1 |
| 3 | Pool Selection Report in alpha order | 6 |
| 4 | Sample juror packet (summons, juror qualification questionnaires, and informational flyer) | 5 |
| 5 | Qualification code key | 2 |

| 6 | Online and paper juror qualification questionnaires and supporting documentation (excluding voluntary supplemental questionnaires provided to counsel for voir dire purposes and not for qualification purposes) | 436 |
|---|---|---|
| 7 | Jury trial folder containing:<br>JMS Jury Seating Plan<br>JMS Jury List<br>CRD jury seating chart<br>CRD Jury Panel Record<br>JMS Judge's List<br>Request for Jurors<br>JMS Persons Attending List<br>JMS Pool Sequence Report<br>Jury Pool Trial Report | <br>1<br>1<br>1<br>1<br>4<br>1<br>4<br>5<br>6 |
|  | Total page count | 480 |
|  | 480 pages x .50 = $240.00 |  |

IT IS ORDERED the defendant's letter (filing no. 133) treated as a motion is denied in part and granted in part as hereinafter provided. The Clerk shall provide the defendant with copies of the documents described above, after first redacting the documents to eliminate addresses, telephone numbers, e-mail identifiers and other similar information, provided that the defendant first pays the Clerk $240. Otherwise the letter, treated as a motion, is denied. The Clerk shall mail a copy of this Memorandum and Order to the defendant.

DATED this 24th day of September, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

2