IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:10CR3126 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| JAVIER GARCIA-HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

There is a confusing motion pending before me. To the extent that Mr. Berry remains currently counsel for Mr. Garcia-Hernandez, which I doubt because Mr. Berry was appointed under the Criminal Justice Act,

IT IS ORDERED that:

(1)  Mr. Berry is relieved of any further obligation to the defendant.

(2)  The motion to terminate attorney for ineffectiveness (filing 142) is denied but the defendant may, of course, proceed pro se.

Dated August 1, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge