IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:10CR3126 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| JAVIER GARCIA-HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the motion for extension contained within filing 142 is denied.

Dated August 8, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge