IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:10CR3126 |
| V. | ) | |
| JAVIER GARCIA-HERNANDEZ, | ) | ORDER |
| Defendant. | ) | |

The undersigned is in receipt of the defendant's objection (filing 162) to the plaintiff's notice of intent to destroy exhibits (filing 161). After careful consideration,

IT IS ORDERED that the defendant's objection (filing 162) is denied.

DATED this 22nd day of July, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge