IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:10CR3126 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| JAVIER GARCIA-HERNANDEZ, | ) | |
| Defendant. | ) | |

I am in receipt of a report from the Probation Office (filing no. 164) indicating that the defendant is ineligible for a sentence reduction under Amendment 782. Counsel have been notified of the Probation Office's determination.

IT IS ORDERED that the motion for a sentence reduction under Amendment 782 (filing no. 153) is denied. The appointment of defense counsel is herewith terminated. The defendant's motion to appoint counsel (filing no. 154) is denied as moot.

Dated November 12, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge