IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:10CR3126 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER |
| JAVIER GARCIA-HERNANDEZ, | ) | |
| Defendant. | ) | |

IT IS ORDERED that David R. Stickman's and the Office of the Federal Public Defender's motion to withdraw (filing no. 167) is granted.

Dated November 18, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge