IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:10CR3126 |
| v. | ) | |
| JAVIER GARCIA-HERNANDEZ, | ) | JUDGMENT |
| Defendant. | ) | |

IT IS ORDERED that judgment is entered for the United States and against Javier Garcia-Hernandez providing that he shall take nothing and the Motion to Vacate under 28 U.S.C. § 2255 (filing no. 170) is denied and dismissed with prejudice. No certificate of appealability has been or will be issued by the undersigned.

DATED this 24th day of March, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge