IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:10CR3126 |
| vs. | |
| JAVIER GARCIA-HERNANDEZ, | MEMORANDUM AND ORDER |
| Defendant. | |

The defendant has filed a Motion for Reduction of Sentence for Compassionate Relief, Filing no. 184. It may have merit. Accordingly,

IT IS ORDERED that:

(1) The Federal Public Defender is herewith appointed to represent the defendant.

(2) The Federal Public Defender shall review this matter and submit a brief on or before March 12, 2020.

(3) The government may respond on or before March 26, 2020.

(4) My chambers shall call this matter to my attention on March 27, 2020.

Dated this 26th day of February, 2020.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge