IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAVIER GARCIA-HERNANDEZ,<br><br>Defendant. | 4:10CR3126<br><br>ORDER |

On the defendant's unopposed oral motion for an extension of deadlines,

IT IS ORDERED that:

(1) The Federal Public Defender shall submit a brief concerning the defendant's Motion for Reduction of Sentence for Compassionate Relief (Filing no. 184) on or before April 2, 2020.

(2) The government may respond on or before April 16, 2020.

(3) My chambers shall call this matter to my attention on April 17, 2020.

Dated this 11th day of March, 2020.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge