IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:10CR3126 |
| vs. | ORDER |
| JAVIER GARCIA-HERNANDEZ, | |
| Defendant. | |

IT IS ORDERED that Defendant's Motion to Withdraw (Filing no. 188) his Motion to Reduce Sentence (Filing no. 184) is granted.

Dated this 24th day of March, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge