IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAVIER GARCIA-HERNANDEZ,<br><br>Defendant. | 4:10CR3126<br><br>ORDER |

After careful consideration,

IT IS ORDERED that the defendant's motion to appoint counsel (Filing 190) is denied.

Dated this 10th day of February, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge